IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSEX PROPERTY TRUST, INC., | No. C 16-02841 WHA |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| LISA SWAIN; BRIAN COLEMAN; and DOES 1–5, | |
| Defendants. / | |

The Court has reviewed the report and recommendation of Magistrate Judge Maria-Elena James and agrees that this unlawful detainer action, which was improperly removed to federal court, should be remanded to state court (Dkt. No. 3). No objections were filed in response to the report. Accordingly, this order **ADOPTS IN FULL** the report and recommendation of Judge James. This action is hereby **REMANDED** to Contra Costa County Superior Court. The clerk shall please **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: June 21, 2016

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE